No. 84–534. QUIGLEY *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF WINTER HAVEN. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 84–536. LANDSBERG *v.* SCRABBLE CROSSWORD GAME PLAYERS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–538. SNYDER, EXECUTRIX OF THE ESTATE OF LILJEDAHL *v.* SMITH. C. A. 7th Cir. Certiorari denied.

No. 84–539. MOL, INC. *v.* PEOPLES REPUBLIC OF BANGLADESH. C. A. 9th Cir. Certiorari denied.

No. 84–541. SMITH *v.* KENTUCKY BAR ASSN. Sup. Ct. Ky. Certiorari denied.

No. 84–543. SMITH *v.* CONTRA COSTA COUNTY SUPERIOR COURT ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–546. McGILL INC. *v.* JOHN ZINK CO. C. A. Fed. Cir. Certiorari denied.

No. 84–547. WARD *v.* SENTRY TITLE CO., INC. C. A. 5th Cir. Certiorari denied.

No. 84–551. UNITED PRESBYTERIAN CHURCH IN THE UNITED STATES OF AMERICA ET AL. *v.* FIRST PRESBYTERIAN CHURCH OF SCHENECTADY ET AL. Ct. App. N. Y. Certiorari denied.

No. 84–552. STANZIANI ET AL. *v.* COLEMAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–554. M/V "ALBERT F" *v.* INDUSTRIA NACIONAL DEL PAPEL, C. A. C. A. 11th Cir. Certiorari denied.

No. 84–557. AGROMAYOR *v.* COLBERG. C. A. 1st Cir. Certiorari denied.

No. 84–558. CLEM PERRIN MARINE TOWING, INC. *v.* PANAMA CANAL CO. C. A. 5th Cir. Certiorari denied.